UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                   13-cr-990-02  (PKC)

-against-

                                                   <u>ORDER</u>

COREY KELLEY,

                    Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.:

        Jason E. Foy is appointed counsel to Corey Kelley pursuant to the CJA.

        SO ORDERED.

                                                          *P. Kevin Castel*
                                                    P. Kevin Castel
                                              United States District Judge

Dated: New York, New York
           September 23, 2020