

**FOY & SEPLOWITZ LLC**
attorneys at law

| | |
|---|---|
| 105 MAIN STREET<br>HACKENSACK, NJ 07601<br>TEL: 201-457-0071<br>FAX: 201-457-0072 | 30 WALL STREET<br>8TH FLOOR<br>NEW YORK, NY 10005<br>TEL: 212-709-8230 |

WWW.FOYSEPLOWITZ.COM

October 25, 2020

Honorable P. Kevin Castel, USDCJ
US Courthouse
500 Pearl Street
New York, NY 10007

> Adjourned from October 28 at 3:30pm
> to January 20, 2021
> at 2:00 p.m.
> SO ORDERED
> /s/ PKC USDJ
> 10-27-20

    Re:    ***U.S. v. Corey Kelley***
             **Dkt. # 13 cr 990-02 (PKC)**
             **Adjournment Request**

Dear Judge Castel:

The above referenced criminal action is scheduled for October 28, 2020 at 3:30pm to address an alleged violation of supervised release. With the consent of the Government, I am requesting that the matter be adjourned for approximately 30 days to permit additional time to explore a resolution of the matter without a contested hearing. This is the first request for an adjournment. As per the Court's individual practices, I will contact Deputy Nacanther on or about October 25, 2020 to schedule a specific date.

Thank you for your thoughtful consideration.

Sincerely,

FOY & SEPLOWITZ LLC

*Jason E. Foy*

JASON E. FOY
jfoy@foyseplowitz.com

cc:    AUSA Jared Lenow
        AUSA Andrew DeFillipis