

105 MAIN STREET
HACKENSACK, NJ 07601
TEL: 201-457-0071
FAX: 201-457-0072

WWW.FOYSEPLOWITZ.COM

30 WALL STREET
8TH FLOOR
NEW YORK, NY 10005
TEL: 212-709-8230

November 13, 2020

FILED VIA ECF

Honorable P. Kevin Castel, USDJ
US Federal Courthouse
500 Pearl Street
New York, NY 10007

Re: *US v. Corey Kelley*
13 cr 990 (PKC)
**Request to Proceed Virtually**

> Application GRANTED. The dial-in information for this proceeding scheduled on November 18, 2020 at 10:00 am is as follows:
>
> <u>Dial-in</u>: 888-363-4749
> <u>Access Code</u>: 3667981
>
> SO ORDERED.
> Dated: 11/13/2020
>
> _____
> P. Kevin Castel
> United States District Judge

Dear Judge Castel:

I am requesting that the November 18, 2020 conference be conducted virtually (telephonic or video). Alternatively, I am requesting personal permission to participate virtually during the in-person proceedings due to COVID-19 and the substantial spike in the spread of the virus in New York City and throughout the nation. I live and interact with high risk family members and I cannot risk coming into New York City for an in-person appearance for a status conference. Note, there are other grounds and concerns I have about the in-person appearance that relate to an issue raised by probation that I will address at the status conference. I have discussed this with the Government and there is no objection.

Furthermore, please be advised that I have communicated with Mr. Kelley on multiple occasions and he has consistently maintained that he wishes to exercise his right to proceed pro se. I will address this issue further at our upcoming status conference. Thank you for your thoughtful consideration.

Sincerely,

FOY & SEPLOWITZ LLC

*Jason E. Foy*

JASON E. FOY
jfoy@foyseplowitz.com

cc: AUSA Jared Lenow
AUSA Andrew DeFilippis
PO. Courtney Cooke