UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                   13-cr-990 (PKC)

      -against-

                                                                                   ORDER

COREY KELLEY,

                                Defendant.
-------------------------------------------------------------x

CASTEL, U.S.D.J.

       The conference in this matter scheduled for 10:00 a.m. on November 18, 2020 is rescheduled to 9:30 a.m. on November 18, 2020. The dial-in information for this proceeding is as follows:

        <u>Dial-in</u>:    (888) 363-4749

        <u>Access Code</u>:  3667981

SO ORDERED.

                                                                     P. Kevin Castel
                                                           United States District Judge

Dated:  New York, New York
           November 16, 2020