```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :   ORDER
                                    :
         -v.-                       :   13 Cr. 990 (PKC)
                                    :
COREY KELLEY,                       :
                                    :
                      Defendant.    :
                                    :
- - - - - - - - - - - - - - - - - -x
```

      IT IS HEREBY ORDERED that the Bureau of Prisons ("BOP") is to have a licensed psychologist or psychiatrist conduct an examination of defendant COREY KELLEY (BOP Register Number 90971-054) pursuant to Title 18, United States Code, Section 4241(b), in order to determine whether the defendant is suffering from any mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and/or pursuant to Title 18, United States Code, Section 4242, in order to determine the existence of insanity at the time of the offense;

      IT IS FURTHER ORDERED that the Court recommends that the examination take place at the Metropolitan Correctional Center or a BOP medical center; and

IT IS FURTHER ORDERED that the BOP complete the evaluation of the defendant COREY KELLEY within 45 days of the defendant's transfer to a suitable BOP facility; and

IT IS FURTHER ORDERED that at the conclusion of the examination, the psychologist will prepare a report of Mr. Kelley's mental condition in order to assist the Court and counsel in the determination of whether there is reasonable cause to believe the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

IT IS FURTHER ORDERED that the BOP report the results of its psychological evaluation to the Court within a reasonable period of time following the conclusion of the evaluation.

Dated: New York, New York
February 10, 2021

_____
THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE