```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------x
                              :
UNITED STATES OF AMERICA      :      ORDER
                              :
          -v.-                :      13 Cr. 990 (PKC)
                              :
COREY KELLEY,                 :
                              :
               Defendant.     :
                              :
------------------x
```

        WHEREAS the Court issued an order on February 10, 2021 directing the Bureau of Prisons ("BOP") to have a licensed psychologist or psychiatrist conduct an examination of COREY KELLEY, the defendant, pursuant to Title 18, United States Code, Section 4241(b), in order to determine whether KELLEY is suffering from any mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and/or pursuant to Title 18, United States Code, Section 4242, in order to determine the existence of insanity at the time of the offense.

        WHEREAS on or about May 7, 2021, Dr. Haley Wentowski, Psy. D issued a report ("the Report") opining that KELLEY is "not presently competent to proceed" because he "is currently suffering from a mental disease or defect, that being schizoaffective disorder, rendering him mentally incompetent to

the extent he is unable to rationally understand the nature and consequences of the proceedings against him or properly assist in his defense."

WHEREAS the Government and KELLEY through his counsel, have stipulated that Dr. Wentowski, if called to testify, would offer opinions consistent with those set forth in the Report, and that the Report may be received into evidence at any hearing to assess the defendant's competency under 18 U.S.C. §§ 4241 & 4247.

WHEREAS the Court finds by a preponderance of the evidence that KELLEY is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

IT IS HEREBY ORDERED, pursuant to Title 18, United States Code, Section 4241(b), that KELLEY is committed to the custody of the Attorney General, who shall hospitalize the defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial

probability that in the foreseeable future KELLEY will attain the capacity to permit the proceedings to go forward.

Dated:  New York, New York
        September 23, 2021

_____
THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE