```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x
                                    :
UNITED STATES OF AMERICA            :    ORDER
                                    :
          -v.-                      :    13 Cr. 990 (PKC)
                                    :
COREY KELLEY,                       :
                                    :
               Defendant.           :
                                    :
- - - - - - - - - - - - - - - - - -x
```

        WHEREAS this Court issued an order on February 10, 2021 directing the Bureau of Prisons ("BOP") to have a licensed psychologist or psychiatrist conduct an examination of COREY KELLEY, the defendant, pursuant to Title 18, United States Code, Section 4241(b), in order to determine whether KELLEY was suffering from any mental disease or defect rendering him mentally incompetent to the extent that he was unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and/or pursuant to Title 18, United States Code, Section 4242, in order to determine the existence of insanity at the time of the offense.

        WHEREAS on or about May 7, 2021, Dr. Haley Wentowski, Psy. D issued a report ("the Wentowski Report") opining that KELLEY was "not presently competent to proceed" because he was "currently suffering from a mental disease or defect, that being schizoaffective disorder, rendering him mentally incompetent to

the extent he is unable to rationally understand the nature and consequences of the proceedings against him or properly assist in his defense."

WHEREAS on or about September 23, 2021, this Court found by a preponderance of the evidence that KELLEY was at that time suffering from a mental disease or defect rendering him mentally incompetent to the extent that he was unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and ordered, pursuant to Title 18, United States Code, Section 4241, that KELLEY be committed to the custody of the Attorney General to hospitalize the defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as was necessary to determine whether there was a substantial

probability that in the foreseeable future KELLEY would attain the capacity to permit these proceedings to go forward.

WHEREAS on or about May 5, 2022, KELLEY began his hospitalization period.

WHEREAS on or about September 15, 2022, Dr. Presley Morgan, Psy. D issued a report (the "Morgan Report") opining that KELLEY "remains incompetent to proceed, as his psychosis continues to impact his competency-related abilities." The Morgan Report also stated that "there is reason to believe that he will . . . resume psychiatric medication and be restored to competency within the foreseeable future. Further time for his commitment would be beneficial to give him opportunity to resume medication, allow for additional clinical observation and testing, provide opportunity for diagnostic clarification, and give him the opportunity to have telephone calls with his attorney." The Morgan Report further stated that "an additional period of time, namely four months, is respectfully requested for ongoing competency restoration treatment."

WHEREAS KELLEY, through his counsel, consents to this Court making factual finding based on the Morgan Report, and to KELLEY being committed to the custody of the Attorney General to be hospitalized for treatment in a suitable facility for an additional reasonable period of time, not to exceed four months.

WHEREAS this Court finds, based on the Morgan Report, that there is a substantial probability that within four months of additional hospitalization KELLEY will attain the capacity to permit these proceedings to go forward.

IT IS HEREBY ORDERED, pursuant to Title 18, United States Code, Section 4241(d)(2), that KELLEY is committed to the custody of the Attorney General, who shall hospitalize the defendant for treatment in a suitable facility for an additional reasonable period of time, not to exceed four months, until (A) his mental condition is so improved that this case may proceed, or (B) the pending charges against him are disposed of according to law, whichever is earlier.

Dated:  New York, New York
        September /9/, 2022

_____
THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE